**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL EWELL,<br><br>        Petitioner,<br><br>   v.<br><br>JAMES HARTLEY (Warden),<br><br>        Respondent. | No. CV 08-1282-SGL(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The court has made a _de novo_ determination with respect to those portions of the Report and Recommendation to which objection has been made.

    **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that respondent's motion to dismiss (docket no. 13, filed June 30, 2008) be granted; and (3) that judgment be entered dismissing the petition, without

prejudice, as wholly unexhausted.[1]

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED: June 12, 2009

                                        STEPHEN G. LARSON
                                  United States District Judge

---

[1] Petitioner is advised that if he exhausts state court remedies and files a new federal petition containing only exhausted claims, the new federal petition will be subject to the statute of limitations at 28 U.S.C. § 2244(d), and petitioner will not be entitled to statutory tolling based on the pendency of the present federal petition.