# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EWELL, | No. CV 08-1282-SGL(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| JAMES HARTLEY (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, without prejudice, as wholly unexhausted.

DATED: June 12, 2009

*[signature]*

STEPHEN G. LARSON
United States District Judge